No. 74–424. BOWMAN TRANSPORTATION, INC. v. FRANKS ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–425. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 18, AFL–CIO v. DAYTON POWER & LIGHT CO. C. A. 6th Cir. Certiorari denied.

No. 74–430. MODERN AIR TRANSPORT, INC. v. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, DISTRICT No. 145. C. A. 5th Cir. Certiorari denied.

No. 74–433. CHRISTMAN v. HANRAHAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–448. MARTH, TRUSTEE IN BANKRUPTCY v. DANNERBECK ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–451. UNITED STATES v. GRIFFIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–455. RESPONSE OF CAROLINA, INC., ET AL. v. LEASCO RESPONSE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–457. CRANE v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 74–480. DEERING v. CITY OF SEATTLE ET AL. Ct. App. Wash. Certiorari denied.

No. 74–482. CISSNA v. McQUAID, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied.